# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1987. MICAH BLOUNT-WINBOURNE v. ROCKDALE CORWYN, LLC.

Rockdale Corwyn, LLC filed a dispossessory action in magistrate court against Micah Blount-Winbourne. After the magistrate court entered judgment and a writ of possession in favor of Rockdale, Blount-Windbourne filed a petition for review in superior court. Rockdale filed a motion to dismiss, which the superior court granted. Blount-Winbourne then filed a motion to set aside the court's dismissal pursuant to OCGA § 9-11-60(d). The superior court denied the motion, and Blount-Winbourne filed this direct appeal. We, however, lack jurisdiction.

Appeals from decisions of superior courts reviewing decisions of lower courts by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Because the underlying subject matter involves an appeal from magistrate court to superior court, Blount-Winbourne was required to file a discretionary application. See *Bullock*, 260 Ga. App. at 875.

Furthermore, an appeal from the denial of a motion to set aside under OCGA § 9-11-60(d) must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(8), (b); *Lemcon USA Corp. v. Icon Technology Consulting*, 301 Ga. 888, 892 (804 SE2d 347) (2017). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60)

(1996). Blount-Winbourne's failure to follow the discretionary appeals procedure deprives us of jurisdiction over this direct appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  05/18/2026*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*